

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00112-CV

Pioneer Natural Resources USA, Inc.
v.
Winford A. Matthew, Earl B. Matthew, Roberta M. Wiedeman, Trustee of Robert Matthew Wiedeman Living Trust, et al.

On Appeal from the
135th District Court of De Witt County, Texas
Trial Cause No. 17-04-24,131

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's orders and judgment and dismisses the case. The Court VACATES the following orders and judgment: (1) January 9, 2018 Order on Plaintiffs' Motion to Compel and for Discovery Abuse Sanctions; (2) September 26, 2018 Order Granting Plaintiffs' Partial Summary Judgment; (3) September 26, 2018 Order Denying Defendant's Motion for Summary Judgment; and (4) February 14, 2019 Final Judgment. The case is DISMISSED. Costs of the appeal are adjudged against the appellant, Pioneer Natural Resources USA, Inc.

We further order this decision certified below for observance.

September 5, 2019